IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-5 (MTT) |
| | ) |
| GARLAND STEPHENS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term.  Doc. 22.  Defendant was indicted on February 8, 2022 and had his arraignment in this Court on February 10, 2022.  Docs. 1; 8.  Two prior continuances have been granted.  Docs. 17; 20.  The parties now move the Court to continue this case to the next trial term to allow the parties additional time to review discovery, research the issues involved, investigate the case, and discuss resolution of the case.  Doc. 22 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 22) is **GRANTED**.  The case is continued from the July term until the Court's trial term presently scheduled for **September 19, 2022**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 17th day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT