# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Garland Stephens | **Repayment Agreement and Order** | No: 5:22-CR-00005-001 |
|---|---|---|

---

On February 1, 2023, Garland Stephens was sentenced to 1 D imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Stephens. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on February 1, 2023, I have been ordered to pay a total restitution of $139,538.08 and a special assessment of $100.00.

2.  On February 1, 2023, I began my service of 36 months of supervised release. The mandatory assessment current balance is $100, and the current balance of my restitution is $139,538.08.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of April, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____           3-1-23
Garland Stephens                    Date

_____           3-1-23
Todd L. Smith, USPO Firearms Specialist    Date

_____           3/1/23
W. Taylor McNeill
Assistant U.S. Attorney             Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

3/2/2023
Date